UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


ROBERTO MARTINEZ,                     )
     #02067337,                      )
        Plaintiff,                )
                          )        CIVIL ACTION NO.
VS.                                   )
                          )        3:18-CV-3094-G (BH)
JAMES SCOTT SNYDER,                   )
                          )
        Defendant.                    )


## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Accordingly by separate judgment, this action will be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b).

If the plaintiff files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

April 22, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**